October 8, 2009

United States Bankruptcy Court
Central District of California

RE: Josefina Del Carmen Espinoza          (Withdrawal of Proof of Claim)

09-25049                    Claim# 5        $9893.44

In addition to the withdrawal request for claim #6 (Docket #33), please withdraw claim #5 due to the Proof of Claim being filed with the wrong creditor (The Education Resources Institute) and for the incorrect claim amount.

Dear Sir or Madam:

    I am sending this letter to request withdrawal of the above referenced matter. Please withdraw this matter upon receipt of this letter.

    You may contact me at the number below should there be any questions. Thank you for your kind attention to this matter.

    Thank you for your assistance.

Very truly yours,

Jada Drewery
Bankruptcy Assistant, FMER agent for TERI
781-658-5000 ext 85262
Fax 781-658-9623
bkcourtdocs@firstmarblehead.com

FirstMarblehead

ONE CABOT ROAD • 3RD FLOOR • MEDFORD, MASSACHUSETTS 02155 • TEL: 866.266.3637

# Central District Of California
# Claims Register

### 2:09-bk-25049-VZ Josefina Del Carmen Espinoza

**Judge:** Vincent P. Zurzolo　　**Chapter:** 13
**Office:** Los Angeles　　**Last Date to file claims:** 10/14/2009
**Trustee:** Nancy K Curry　　**Last Date to file (Govt):** 12/14/2009

| Creditor: (24792337)<br>The Education Resources Institute<br>One Cabot Road<br>Medford, MA 02155 | Claim No: 5<br>Original Filed<br>Date: 10/08/2009<br>Original Entered<br>Date: 10/08/2009 | Status:<br>Filed by: CR<br>Entered by: Drewery, Jada<br>Modified: |
|---|---|---|

Unsecured claimed: $9893.44
**Total　　claimed: $9893.44**

History:
Details　5-1　10/08/2009　Claim #5 filed by The Education Resources Institute, total amount claimed: $9893.44 (Drewery, Jada)

Description:
Remarks:

| Creditor: (24792337)<br>The Education Resources Institute<br>One Cabot Road<br>Medford, MA 02155 | Claim No: 6<br>Original Filed<br>Date: 10/08/2009<br>Original Entered<br>Date: 10/08/2009 | Status: Withdraw 33<br>Filed by: CR<br>Entered by: Drewery, Jada<br>Modified: |
|---|---|---|

Unsecured claimed: $9893.44
**Total　　claimed: $9893.44**

History:
Details　6-1　10/08/2009　Claim #6 filed by The Education Resources Institute, total amount claimed: $9893.44 (Drewery, Jada)
　　　　　33　10/08/2009　Withdrawal of Claim(s): 6 Filed by Debtor Josefina Del Carmen Espinoza. (Drewery, Jada) Status: Withdraw

Description:
Remarks:

## Claims Register Summary

**Case Name:** Josefina Del Carmen Espinoza
**Case Number:** 2:09-bk-25049-VZ
**Chapter:** 13
**Date Filed:** 06/15/2009
**Total Number Of Claims:** 2

United States Bankruptcy Court Central District of California

| Name of Debtor: Josefina Espinoza | Case number: 09-25049 |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11

Name of Creditor (The person or other entity to whom the debtor owes money or property):

The Education Resources Institute

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and address where notices should be sent:

First Marblehead Corp
One Cabot Road
Medford MA 02155

Telephone number: (781) 658-5253

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

This space is for Court Use Only

Account or other number by which creditor identifies debtor:

xxx-xx-9867

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☒ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other_____

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (Fill out below)

Your SS#: _____ - ___ - _____
Unpaid compensation for services performed
from _____ to _____
   (date)            (date)

| 2. Date debt was incurred: 9/10/03 | 3. If court judgment, date obtained: |
|---|---|

**4. Total Amount of Claim at Time Case Filed: $ 9,893.44**
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charge.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle
☐ Other_____

Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any $

**6. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,650),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier -11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
☐ Up to $2,100* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a-___).
*Amounts are subject to adjustment on 4/1/04 and every 3 years thereafter with respect
to cases commenced on or after the date of adjustment.

**7. CREDITS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space Is for Court Use Only

Date
OCT 03 2009

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
TERI; By it's authorized agent, /s/ Jada Drewery / First Marblehead Corp.

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**File a Claim action:**

2:09-bk-25049-VZ Josefina Del Carmen Espinoza
Type: bk                     Chapter: 13 v                  Office: 2 (Los Angeles)
Assets: y                    Judge: VZ                      Case Flag: DEFER

## U.S. Bankruptcy Court

### Central District Of California

Notice of Electronic Filing

The following transaction was received from Jada Drewery entered on 10/8/2009 at 11:46 AM PDT and filed on 10/8/2009
**Case Name:**　　　Josefina Del Carmen Espinoza
**Case Number:**　　2:09-bk-25049-VZ
**Document Number:** 33

**Docket Text:**
Withdrawal of Claim(s): 6 Filed by Debtor Josefina Del Carmen Espinoza. (Drewery, Jada)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** S:\Bankruptcy\withdrawal archive\ESPINOZA,JOSEFINA DEL CARMEN.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1106918562 [Date=10/8/2009] [FileNumber=28822708-0] [686be2c8954caa63b24730c35bb6d9c6ee2ca186f3dcaae74fb4699d0a5da243dc 6f7a1d50cfe96d7b889d3e64433d02eb8478cca32c4b55d0e1705c21221c5a]]

**2:09-bk-25049-VZ Notice will be electronically mailed to:**

Leroy Bishop Austin on behalf of Debtor Josefina Espinoza
lbishopbk@yahoo.com

Nancy K Curry
ecfnc@trustee13.com

Jada Drewery on behalf of Debtor Josefina Espinoza
bkcourtdocs@firstmarblehead.com

Joe M Lozano on behalf of Creditor Litton Loan Servicing, LP
notice@NBSDefaultServices.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

October 8, 2009

United States Bankruptcy Court
Central District of California


RE: Josefina Del Carmen Espinoza          (Withdrawal of Proof of Claim)


09-25049                    Claim# 6          $9893.44


The Proof of Claim was filed with the wrong creditor (The Education Resources Institute) and for the incorrect claim amount. The correct claim amount should be $17,300.14.


Dear Sir or Madam:

    I am sending this letter to request withdrawal of the above referenced matter. Please withdraw this matter upon receipt of this letter.

    You may contact me at the number below should there be any questions. Thank you for your kind attention to this matter.


        Thank you for your assistance.

        Very truly yours,

        Jada Drewery
        Bankruptcy Assistant, FMER agent for TERI
        781-658-5000 ext 85262
        Fax 781-658-9623
        bkcourtdocs@firstmarblehead.com

FirstMarblehead